**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDEN GLAVICH, an individual,<br>Plaintiff,<br>vs.<br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 50, inclusive,<br>Defendants. | CASE NO.: 3:25-cv-5220-RMI<br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

**ORDER**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE AS TO ALL CLAIMS, CAUSES OF ACTION, AND PARTIES.

**IT IS SO ORDERED.**

Dated: September 18, 2026

ROBERT M. ILLMAN
United States Magistrate Judge